IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL A. JOSEPH | : | CIVIL ACTION |
|  | : | NO. 14-3940 |
| v. | : |  |
|  | : |  |
| SAFEHAVEN CEC, et al. | : |  |

**ORDER**

AND NOW, this 9th day of September, 2015, upon consideration of a motion to dismiss plaintiff's claims by the Philadelphia VA Medical Center and Donald Gallagher (the Federal defendants), Dkt. No. 15, and plaintiff's response thereto, Dkt. No. 17, and consistent with the accompanying memorandum of law, the Federal defendants' motion is GRANTED and plaintiff's claims against the Philadelphia VA Medical Center and Donald Gallagher are DISMISSED.

It is FURTHER ORDERED that, upon consideration of a motion to dismiss plaintiff Rafael A. Joseph's claims by defendants Safe Haven CEC, Angela Wright and Deborah Savage (the Safe Haven defendants), Dkt. No. 11, and plaintiff's response thereto. Dkt. No. 12, and consistent with the accompanying memorandum of law, it is ORDERED that the Safe Haven defendants' motion is GRANTED and plaintiff's claims against Safe Haven CEC, Angela Wright and Deborah Savage are DISMISSED.  Plaintiff is granted leave to amend only his equal protection claim against the Safe Haven defendants and only to the extent that he is able to allege sufficient facts to support his claim that any of the Safe Haven defendants violated his right to equal protection.  Plaintiff may file an amended complaint, if any, on or before September 30, 2015.

It is FURTHER ORDERED that any amended complaint shall not include a request for a

specified amount of monetary damages.

      If plaintiff files an amended complaint, defendants shall file a responsive pleading within fourteen days thereafter.

              *s/Thomas N. O'Neill, Jr.*
            THOMAS N. O'NEILL, JR., J.