IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAFAEL A. JOSEPH | : | CIVIL ACTION |
| | : | NO. 14-3940 |
| v. | : | |
| | : | |
| SAFEHAVEN CEC, et al. | : | |

## ORDER

AND NOW, this 22nd day of February, 2016, upon consideration of a motion to dismiss plaintiff Rafael A. Joseph's claims by defendants Donald Gallagher and the Philadelphia VA Medical Center (the Federal defendants), Dkt. No. 25, and plaintiff's response thereto, Dkt. No. 27, and consistent with the accompanying memorandum of law, it is ORDERED that the Federal defendants' motion is GRANTED and plaintiff's claims against the Philadelphia VA Medical Center and Donald Gallagher are DISMISSED.

It is FURTHER ORDERED that, upon consideration of a motion to dismiss plaintiff Rafael A. Joseph's claims by defendants Safehaven CEC, Angela Wright and Deborah Savage (the Safe Haven defendants), Dkt. No. 23, and plaintiff's response thereto, Dkt. No. 24, and consistent with the accompanying memorandum of law, the Safe Haven defendants' motion is GRANTED and plaintiff's claims against Safehaven CEC, Angela Wright and Deborah Savage are DISMISSED.

The Clerk of Court shall mark this case CLOSED for statistical purposes

                                                                            *s/Thomas N. O'Neill, Jr.*
                                                        THOMAS N. O'NEILL, JR., J.